UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 96CR1084-04-IEG |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND RECALL BENCH WARRANT/ JUDGMENT |
| ALFREDO PENA-ALVARADO (4), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ALFREDO PENA-ALVARADO (4), be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the bench warrant for ALFREDO PENA-ALVARADO (4), be recalled.

**DATED: October 19, 2011**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

ECW:KJ
10/19/11